■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN GONZALEZ, Appellant. [678 NYS2d 517] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 11, 1997 (*People v Gonzalez,* 242 AD2d 306), affirming a judgment of the Supreme Court, Kings County, rendered April 13, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Copertino, Altman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE GREEN, Appellant. [678 NYS2d 518] —Motion by the appellant for summary reversal of a judgment of the Supreme Court, Kings County (Joel Goldberg, J.), rendered May 19, 1997, convicting him of the crimes of robbery in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Upon the papers filed in support of the motion and upon the consent of the respondent, it is

Ordered that the motion is granted, the judgment is reversed, on the law, and a new trial is ordered (*see, People v Reed,* 230 AD2d 866). O'Brien, J. P., Goldstein, Florio and McGinity, JJ., concur.